OPINION — AG — ** PARTNERSHIP — INSURANCE AGENT — FEDERAL SAVINGS AND LOAN ** 36 O.S. 1424 [36-1424](B)(6) (1983) WHICH RESTRICTS THE LICENSING OF A PERSON, PARTNERSHIP OR CORPORATION AS AN INSURANCE AGENT, IS APPLICABLE TO FEDERAL SAVINGS AND LOAN ASSOCIATIONS. (INSURANCE REPRESENTATIVES, INSURANCE AGENTS, LICENSED, DEFINITIONS, STOCK, LIMITED INSURANCE REPRESENTATIVE) CITE: 25 O.S. 2 [25-2], 36 O.S. 104 [36-104], 36 O.S. 1422 [36-1422](3), 36 O.S. 1422 [36-1422](4), 36 O.S. 1424 [36-1424](A), 36 O.S. 1424 [36-1424](B) (GEORGE R. BARR JR.)